# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40670** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Shellene C. SAWYER** | ) | |
| **Captain (O-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 7 November 2025, Appellant submitted a motion to withdraw from appellate review and attached a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 7 November 2025.

The Government did not submit any opposition.

Accordingly, it is by the court on this 13th day of November, 2025,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach, dated 7 November 2025, are **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court